UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEX LOPEZ, *et al.*, <br>     Plaintiffs, <br> v. <br> GAV KWOK, *et al.*, <br>     Defendants. | Case No. 2:25-cv-01033-GMN-NJK <br><br> **Order** |

On June 27, 2025, Defendants Gav Kwok and Freedom Isle LLC filed their answer. Docket No. 5.

"A corporation may appear in federal court only through licensed counsel." *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). *See also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel"). Here, Defendant Kwok specifically states that he is appearing *pro se* and as the authorized representative for Defendant Freedom Isle LLC. Docket No. 5 at 4. Therefore, Defendant Freedom Isle LLC is in violation of the law requiring a corporation to appear through licensed counsel.

Accordingly, it is **ORDERED** that Defendant Freedom Isle LLC must retain licensed counsel to represent it in this case and said counsel must enter an appearance on the Docket no later than **August 1, 2025.** The failure of an appearance of licensed counsel on behalf of Defendant Freedom Isle LLC may result in sanctions. The Clerk's Office is **INSTRUCTED** to add Defendants' contact information to the Docket. *See* Docket No. 5 at 4-5.

IT IS SO ORDERED.

Dated: July 1, 2025

                                                        Nancy J. Koppe <br>
                                                        United States Magistrate Judge