# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEX LOPEZ, *et al*.,

    Plaintiffs,

v.

GAV KWOK, *et al*.,

    Defendants.

Case No. 2:25-cv-01033-GMN-NJK

**Order**

[Docket No. 7]

Pending before the Court is Defendants' motion to extend the time for Defendant Freedom Isle LLC to retain counsel, Docket No, 7, which is **GRANTED** in part and **DENIED** in part.

Accordingly, Defendant Freedom Isle LLC must retain licensed counsel to represent it in this case and said counsel must appearance on the Docket no later than **September 15, 2025**.

IT IS SO ORDERED.

Dated: July 28, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge