# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEX LOPEZ, *et al*,,<br><br>  Plaintiffs,<br><br>v.<br><br>GAV KWOK, *et al*.,<br><br>  Defendants. | Case No. 2:25-cv-01033-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by August 15, 2025.

IT IS SO ORDERED.

Dated: August 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1