# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEX LOPEZ et al.,<br>　　Plaintiffs,<br>v.<br>GAV KWOK et al.,<br>　　Defendants. | Case No. 2:25-cv-01033-GMN-NJK<br><br>**Order** |

On August 8, 2025, the Court issued an order instructing the parties to file a stipulated discovery plan by August 15, 2025. Docket No. 9.

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 15, 2025.

IT IS SO ORDERED.

Dated: August 29, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1