# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEX LOPEZ, et al.,

    Plaintiffs,

v.

GAV KWOK, et al.,

    Defendants.

Case No. 2:25-cv-01033-GMN-NJK

**Order**

[Docket No. 12]

Pending before the Court is a joint motion to stay discovery pending a settlement conference held by a magistrate judge or pending private mediation. Docket No. 12.[1]

Settlement discussions and alternative dispute resolution are common aspects of federal litigation that, standing alone, generally do not warrant relief from advancing a case according to the case management schedule. *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 (D. Nev. 2022) (collecting cases).

The pending joint motion seeks a stay of discovery for a settlement conference or mediation, along with an automatic extension of all case management deadlines if a settlement is not reached. *See* Docket No. 12 at 2. The joint motion provides no points and authorities of any kind in support of these requests. The joint motion provides no reliable indication as to any likelihood of settlement or as to the timeframe by which the envisioned alternative dispute resolution will take place.[2] Moreover, as noted above, settlement discussions and alternative

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] When parties seek relief from case management deadlines based on alternative dispute resolution efforts, they typically need to have a concrete date already scheduled for when that alternative dispute resolution will take place. *Cf. Williams*, 627 F. Supp. 3d at 1181 n.8. The joint motion indicates that a party may simply advise the Court at some future time if the mediation has taken place and is unsuccessful. Docket No. 12 at 2. A separate filing mentions availability by October 15, 2025, but it is not clear that a magistrate judge or a private mediator could accommodate that timeframe.

dispute resolution efforts are entirely common and generally do not warrant relief from case management deadlines.

Accordingly, the joint motion to stay discovery is **DENIED** without prejudice. Docket No. 12.

IT IS SO ORDERED.

Dated: September 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge