WHITNEY J. BARRETT, ESQ. (#13662)
wbarrett@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:    (866) 412-6992

AARON KATZ, ESQ. (*pro hac vice* pending)
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK,<br><br>Plaintiffs,<br><br>v.<br><br>GAV KWOK and FREEDOM ISLE LLC,<br><br>Defendants. | CASE NO.:   2:25-cv-01033-GMN-NJK<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT FREEDOM ISLE LLC WITHOUT PREJUDICE** |

### ASSENTED-TO JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST FREEDOM ISLE LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs jointly move for an order dismissing ***without prejudice*** their claims against Freedom Isle LLC, only.  In support of this motion, Plaintiffs state as follows:

1. Plaintiffs have retained undersigned counsel to represent them in this matter.

2. Defendant Freedom Isle LLC filed a putative answer to the complaint. ECF No. 5.

3. Undersigned counsel believe Plaintiffs are presently best served by focusing on the claims they have asserted against individual defendant Gav Kwok.  Plaintiffs wish to reserve

their rights, however, to seek leave of court to (a) add Freedom Isle back as a defendant if necessary and appropriate, and/or (b) amend their complaint to add a breach of contract claim against Mr. Kwok under an alter ego theory of liability.

4.   Mr. Kwok assents to this motion.

5.   If the Court grants this motion, undersigned counsel respectfully request that the Court assign this case to a Magistrate Judge for Alternative Dispute Resolution as described in Local Rule 1-1(b).

Respectfully submitted this 10th day of October, 2025.

Whitney J. Barrett, Esq.
Nevada Bar No. 13662
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101

Aaron Katz (*pro hac vice* pending)
Aaron Katz Law LLC
399 Boylston Street, 6th Floor
Boston, MA 02116

## ORDER

Based on the assented-to joint motion to dismiss, and good cause appearing, Plaintiffs' claims against Freedom Isle LLC are dismissed without prejudice.

IT IS SO ORDERED.

Dated this __27__ day of October, 2025

Gloria M. Navarro, District Judge
United States District Court





**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5 and LR-5.1, I certify that I am an employee of CHRISTIANSEN TRIAL LAWYERS, and that on this 10th day of October, 2025, I caused the foregoing document entitled **ASSENTED-TO MOTION FOR DISMISSAL WITHOUT PREJUDICE** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

_____
An employee of Christiansen Trial Lawyers