**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK

      Plaintiffs,

    v.

GAV KWOK and FREEDOM ISLE LLC,

      Defendants.

Case No.  2:25-cv-1033-GMN-NJK

**ORDER GRANTING MOTION TO CANCEL SETTLEMENT CONFERENCE**

The Court **GRANTS** the motion to cancel the settlement conference.  Docket No. 29.

    The Court hereby cancels the settlement conference scheduled for March 9, 2026.

        IT IS SO ORDERED.

        _____

        Hon. Nancy J. Koppe
        United States Magistrate Judge

        Dated: March 3, 2026

1