**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alex Lopez, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Gav Kwok,<br><br>　　　Defendant. | Case No. 2:25-cv-01033-GMN-NJK<br><br>**ORDER** |

On April 20, 2026, the Court's orders at Docket Nos. 26 and 28, which had been mailed to Defendant Gav Kwok, were returned to the Court as undeliverable. Docket Nos. 45, 46. In looking at the address to which the orders were mailed, however, it appears that they were not mailed to Defendant's address on file with the Court.

Accordingly, the Court **INSTRUCTS** the Clerk's Office to mail the orders at Docket Nos. 26 and 28 to Defendant Gav Kwok at the address on the docket: 304 S. Jones Blvd. #8851, Las Vegas, NV 89101, and to email these same orders to him at gav@gavkwok.com.

IT IS SO ORDERED.

Dated: April 22, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1