**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK<br><br>Plaintiffs,<br><br>v.<br><br>GAV KWOK and FREEDOM ISLE LLC,<br><br>Defendants. | CASE NO.: 2:25-cv-01033-GMN-NJK<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEYS** |

Please take notice under LR IA 11-6( c) that the undersigned parties stipulate and agree as follows. All relevant parties and counsel consent to this submission.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs, ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK authorize and consent to the substitution of Peter S. Christiansen, R. Todd Terry, and Keely P. Chippoletti of Christiansen Trial Lawyers as their counsel of record in the above-captioned

matter in the place and stead of Whitney J. Barrett. Attorney Aaron M. Katz (pro hac vice) will continue his representation of Plaintiffs.

Dated: 8/11/26 ____________________ */s/ Alex Lopez* ____________________
ALEX LOPEZ

Dated: 8/11/26 ____________________ */s/ Mauricio Sotelo* ____________________
MAURICIO SOTO SOTELO

Dated: 8/11/26 ____________________ */s/ Morgan Stanley* ____________________
MORGAN STANLEY

Dated: 8/11/26 ____________________ */s/Michael Sutyak* ____________________
MICHAEL SUTYAK

IT IS FURTHER STIPULATED AND AGREED that Peter S. Christiansen, R. Todd Terry, and Keely P. Chippoletti of Christiansen Trial Lawyers be substituted in the above-captioned matter in the place and stead of Whitney J. Barrett as counsel for Plaintiffs, ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK, and that Attorney Aaron M. Katz (pro hac vice) will continue his representation of Plaintiffs. In that regard, Peter S. Christiansen, R. Todd Terry, and Keely P. Chippoletti of Christiansen Trial Lawyers, hereby consent to serve as associate resident counsel in the case for

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Attorney Aaron M. Katz and represent that one or more of them will appear at all proceedings before the court in this matter.

Dated this 5th day of August, 2026.

CHRISTIANSEN TRIAL LAWYERS

By____________________________
PETER S. CHRISTIANSEN, ESQ.
R. TODD TERRY, ESQ.
KEELY P. CHIPPOLETTI, ESQ.
*Attorneys for Plaintiff*

AARON KATZ LAW LLC

By____________________________
AA [illegible] ESQ. (Pro Hac Vice)
*Attc [illegible] intiff*

IT IS FURTHER STIPULATED AND AGREED that WHITNEY J. BARRETT, ESQ. does hereby consent to withdraw from this matter and to be substituted as the attorney for Plaintiffs, ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK, to be replaced by Peter S. Christiansen, R. Todd Terry, and Keely P. Chippoletti of Christiansen Trial Lawyers.

Dated this 5th day of August, 2026.

____________________________
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992

**IT IS SO ORDERED**
Dated: August 12, 2026

____________________________
Nancy J. Koppe
United States Magistrate Judge