Aaron Katz (*pro hac vice* pending)
Aaron Katz Law LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

Gav Kwok, Pro se
gav@gavkwok.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEX LOPEZ, MAURICIO SOTO SOTELO, MORGAN STANLEY, and MICHAEL SUTYAK<br>Plaintiffs,<br>v.<br>GAV KWOK,<br>Defendant. | Case No. 1:25-cv-01033<br>**STIPULATION TO DISMISSAL OF COMPLAINT WITH PREJUDICE** |

**<u>JOINT STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of the operative complaint with prejudice.

Respectfully submitted,

*/s/ Aaron M. Katz*
Aaron Katz (*pro hac vice*)
Aaron Katz Law LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305
akatz@aaronkatzlaw.com

Counsel for Plaintiffs

*/s/ Gav Kwok*
Gav Kwok
Pro se
gav@gavkwok.com

DATED: September 4, 2026

**CERTIFICATE OF SERVICE**

I certify that a copy of this pleading was served on Gav Kwok via email to his personal email address, on September 4, 2026.

*/s/ Aaron M. Katz*

**ORDER**

**IT IS HEREBY ORDERED** that the operative complaint in this case is **DISMISSED** with prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this 14 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT